# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONZELL GREEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD R. JABELS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-CV-01263-OWW-DLB-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND REVOKING PLAINTIFF'S IN FORMA PAUPERIS STATUS<br><br>ORDER REQUIRING PLAINTIFF TO PAY THE $350.00 FILING FEE WITHIN FIFTEEN DAYS |

　　　　Plaintiff Lonzell Green ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On May 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within fifteen days. Plaintiff did not file a timely Objection to the Findings and Recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 14, 2008, is adopted in full;
2. Pursuant to 28 U.S.C. §1915(g), plaintiff's in forma pauperis status in this action is revoked;
3. Plaintiff is ordered to submit the $350.00 filing fee in full within fifteen (15) days; and
4. If plaintiff fails to pay the $350.00 filing fee within fifteen (15) days, this action shall be dismissed.

IT IS SO ORDERED.

Dated:   **June 12, 2008**              /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE